173 A.3d 596

DUTCH RUN–MAYS DRAFT, LLC, PLAINTIFF-PETITIONER,
v. WOLF BLOCK, LLP, DEFENDANT-RESPONDENT.

C–269 September Term 2017
079825

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000922–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

173 A.3d 596

ALEX GLOUCK, PLAINTIFF–RESPONDENT, v. ANTON SKVORTSOV, DEFENDANT-PETITIONER, AND IRINA G. HYMAN, DEFENDANT.

C–303 September Term 2017
079892

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000531–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.